UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:92-cr-00062-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LEROY BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Reduce Term of Imprisonment to Time Served (#46). Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Reduce Term of Imprisonment to Time Served (#46) is **GRANTED** and Defendant Leroy Brown's Term of Imprisonment is hereby modified to reflect his time served. **IT IS FURTHER ORDERED** that the Clerk of Court issue this order to the U.S. Marshal Service for delivery to Defendant.

Signed: November 19, 2014

Max O. Cogburn Jr.
United States District Judge